IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROY LEE MUELLER #04144-025                      PETITIONER

VS.                      CIVIL ACTION NO. 5:07cv41DCBMTP

CONSTANCE REESE, Warden                      RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice and that Motion to Expedite Review [2] be denied as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice and that Motion to Expedite Review [2] is denied as moot.

SO ORDERED this the  5th  day of  July , 2007.

                                                     s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE